**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RICHARD PEREZ, Individually and on behalf
of all others similarly situated,

        Plaintiff,

    v.

APOLLO GLOBAL MANAGEMENT, INC.,
MARC ROWAN, and LEON BLACK,

        Defendants.

Case No. 1:26-cv-03550-ALC

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

**WHEREAS**, on April 29, 2026, Plaintiff Richard Perez ("Plaintiff") filed a putative securities fraud class action complaint (the "Complaint") against Defendants Apollo Global Management, Inc., Marc Rowan, and Leon Black (the "Defendants");

**WHEREAS**, Plaintiff designated the above captioned action (the "Action") as a related action to an earlier-filed putative securities class action against Defendants proceeding in this Court, captioned *Feldman v. Apollo Global Management, Inc., et al.*, Case No. 1:26-cv-1692-ALC (S.D.N.Y.) (the "Related Action");

**WHEREAS**, the parties to the Action intend to request consolidation of the Action with the Related Action;

**WHEREAS**, the complaint in the Related Action asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and is accordingly governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and its procedures for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, the Complaint in this Action asserts claims under Sections 10(b), 20(a), and 20A of the Exchange Act, and accordingly is also governed by the PSLRA and its procedures for the appointment of lead plaintiff and lead counsel;

**WHEREAS**, the PSLRA provides a procedure for the appointment by the Court of a lead plaintiff and lead counsel to represent the putative class, for which motions were filed in the Related Action in accordance with the statutory deadline on May 1, 2026, and the Court has not yet ruled on pending motions for appointment;

**WHEREAS**, it is unknown at this time whether the court-appointed lead plaintiff will file an amended complaint, a consolidated complaint, or stand on the Complaint filed in this Action or on the complaint filed in the Related Action;

**WHEREAS**, the undersigned counsel for Defendants hereby accepts service on behalf of each of the Defendants;

**WHEREAS**, because the PSLRA imposes a stay of discovery and other proceedings until and unless a motion to dismiss is denied, the proposed extension will have no effect on any pre-trial or trial dates in this Action;

**WHEREAS**, no party has previously requested or received an extension of time in this Action and the Parties do not seek an extension for the purpose of delay; and

**WHEREAS**, the Parties have met and conferred and agree that, in the interests of judicial economy, conservation of time and resources, and orderly management of this Action and the Related Action, the deadlines established by the Court in the Related Action in the Order dated March 24, 2026 (ECF No. 9) should apply here and thus Defendants need not move, answer, or otherwise respond to the Complaint until after: (i) the lead plaintiff and lead counsel are appointed

and approved by the Court pursuant to the PSLRA; and (ii) the lead plaintiff files or identifies an operative complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants, and subject to Court approval, as follows:

1.	By entering into this Stipulation, Defendants accept service and expressly reserve all their respective rights, claims, and defenses other than a defense to the sufficiency of service.

2.	Within fourteen (14) days of the entry of an order appointing the lead plaintiff and approving the lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended or consolidated complaint or designating the operative complaint and for briefing on any motion to dismiss or response. Defendants shall have no obligation to move, answer, or otherwise respond to the Complaint until the date ordered by the Court after it receives the proposed schedule.

3.	All electronic signatures ("*/s/*") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules and Instructions, effective February 2, 2026.

**IT IS SO STIPULATED.**

Dated: May 4, 2026

By: */s/ Kim E. Miller*
**KAHN SWICK & FOTI, LLC**
Kim E. Miller (KM-6996)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

-and-

Mathew P. Woodard (*phv* to be submitted)
1100 Poydras Street, Suite 960

3

New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: matthew.woodard@ksfcounsel.com

*Counsel for Plaintiff*


By: */s/ Michael P. Sternheim*
**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**
Scott B. Luftglass
Michael P. Sternheim
One New York Plaza
New York, NY 10004
Tel.: 212-859-8000
Scott.Luftglass@friedfrank.com
Michael.Sternheim@friedfrank.com

*Counsel for Defendants Apollo Global
Management, Inc. and Marc Rowan*

By: */s/ Ryan Rakower*
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Michael B. Carlinsky
Ryan Rakower
295 Fifth Avenue
New York, NY 10016
Tel.: 212-849-7000
michaelcarlinsky@quinnemanuel.com
ryanrakower@quinnemanuel.com

*Counsel for Defendant Leon Black*


**IT IS SO ORDERED** this _____ day of May, 2026.


_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4