**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-01692-ALC** |
| RICHARD PEREZ, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-03550** |

**SECOND SUPPLEMENTAL DECLARATION OF KIM E. MILLER**
**IN FURTHER SUPPORT OF**
**PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI'S**
**MOTION FOR CONSOLIDATION OF RELATED ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL, AND**
**IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION**

I, Kim E. Miller, hereby declare as follows:

1.      I am a Partner at Kahn Swick & Foti, LLC ("KSF"), Proposed Lead Counsel for the Class, and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New York and admitted before this Court.

2.      I make this Second Supplemental Declaration in further support of the Motion of Public Employees' Retirement System of Mississippi ("MSPERS") for: (1) consolidation of the above-captioned Actions; (2) appointment as Lead Plaintiff in the Consolidated Action; and (3) approval of its selection of KSF as Lead Counsel, and in opposition to the competing motion for appointment.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Declaration of Lewis Kahn; |
| Exhibit B: | Apollo Form 10-Q and Form 10-K Cover Pages, Evidencing the Publicly Traded Securities of Apollo Global Management, Inc. During the Class Period; |
| Exhibit C: | Apollo Investment Fund VIII, L.P., Form D Notice of Exempt Offering, filed June 27, 2013; |
| Exhibit D: | Apollo Investment Fund IX, L.P., Form D Notice of Exempt Offering, filed May 26, 2017; |
| Exhibit E: | Apollo Form 8-K Exhibit 99.1, Press Release Announcing Closing of Apollo Fund VIII, dated January 9, 2014; |
| Exhibit F: | Apollo Form 8-K Exhibit 99.1, Press Release Announcing 2Q17 Financial Results and Full Commitments for Apollo Fund IX, dated August 2, 2017; |
| Exhibit G: | Athene Holding Ltd. Form FWP for 3.500% Notes due 2031 (CUSIP: 04686JAC5), Not Identifying Exchange, dated October 6, 2020; |
| Exhibit H: | Apollo Press Release, Confirming Tenneco Inc. 8.000% Senior Secured Notes due 2028 (CUSIP: 880349AU9) Were Not Publicly Traded, dated October 31, 2022; |

1

Exhibit I:     Apollo Debt Solutions BDC Form 8-K, Confirming Apollo Debt Solutions BDC's 6.900% Notes due 2029 (CUSIP: 03770DAA1) Were Not Publicly Traded, dated March 21, 2024; and

Exhibit J:     Andrew Oxford, *Firms with state business among AG's key donors*, SANTE FE NEW MEXICAN (April 16, 2017).

4.     As demonstrated in Exhibit B, Apollo registered the following publicly traded securities during the Class Period:

(1)     Common Stock (CUSIP: 03769M106), listed on the NYSE under the symbol "APO" and currently outstanding;[1]

(2)     6.75% Series A Mandatory Convertible Preferred Stock (CUSIP: 03769M304), listed on the NYSE under the symbol "APO.PRA" and currently outstanding;

(3)     7.625% Fixed-Rate Resettable Junior Subordinated Notes due 2053 (CUSIP: 03769M205), listed on the NYSE under the symbol "APOS" and currently outstanding;

(4)     6.375% Series A Preferred Stock (CUSIP: 037612405), listed on the NYSE under the symbol "APO.PR A," re-tickered after the Athene Merger under the symbol "AAM.PR A," and redeemed in September 2023; and

(5)     6.375% Series B Preferred Stock (CUSIP: 037612504), listed on the NYSE under the symbol "APO.PR B," re-tickered after the Athene Merger under the symbol "AAM. PR B," and redeemed in September 2023.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Executed this 28th day of May, 2026, at Greenwich, Connecticut.

*/s/ Kim E. Miller*
Kim E. Miller

---

[1] Prior to Apollo's January 1, 2022, merger with Athene Holdings Ltd., its Common Stock (which was also listed on the NYSE under the symbol "APO"), used the CUSIP 03768E105. This CUSIP was retired when the shares were exchanged for shares of the new Apollo Global Management, Inc. in the Athene Merger. In connection with the Athene Merger, moreover, old-Apollo Global Management, Inc. (CIK: 0001411494) was renamed "Apollo Asset Management, Inc.," and made a subsidiary of new-Apollo Global Management, Inc. (CIK: 0001858681).