**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-01692-ALC** |
| RICHARD PEREZ, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-03550** |

**ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE***

The motion of Matthew P. Woodard for admission to practice *pro hac vice* in the above-captioned matters is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Louisiana and that his contact information is as follows:

Applicant Name:     Matthew P. Woodard

Firm Name:     Kahn Swick & Foti, LLC

Address:     1100 Poydras Street, Suite 960

1

City/State/Zip:         New Orleans, Louisiana 70163

Telephone:              (504) 455-1400

Email:                  matthew.woodard@ksfcounsel.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Lead Plaintiff Movant Public Employees' Retirement System of Mississippi in the above-captioned matters.

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned matters in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 5, 2026

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2