# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-01692-ALC** |
| RICHARD PEREZ, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-03550** |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Civil Rule 1.3 of this Court, please take notice of the following attorney information change for:

**Kim E. Miller**

1

OLD ADDRESS INFORMATION:

        Kahn Swick & Foti, LLC
        250 Park Avenue, 7th Floor
        New York, NY 10177

NEW ADDRESS INFORMATION:

        Kahn Swick & Foti, LLC
        230 Park Avenue, 3rd Floor West
        New York, NY 10169

        I will continue to be counsel of record on the above-entitled case.

DATED: July 1, 2026

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (KM-6996)
230 Park Avenue, 3rd Floor West
New York, NY 10169
Telephone: (212) 696-3730
Email: kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
*Public Employees' Retirement System of*
*Mississippi and Proposed Lead Counsel*
*for the Class*