UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD PEREZ,

                Plaintiff,

      -against-

APOLLO GLOBAL MANAGEMENT, INC.
ET AL,

             Defendants.

1:26-cv-03550 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On May 1, 2026, Movant Public Employees' Retirement System of Mississippi ("MSPERS") filed a motion for consolidation of related action 26-cv-1692, appointment as lead plaintiff, and approval of lead plaintiff's selection of lead counsel. *See* ECF No. 8. In related action 26-cv-1692, this Court issued an Order to Show Cause as to why the cases should not be consolidated. *See* ECF No. 40. Based on consideration of the moving papers and the Parties responses to the order indicating they do not oppose consolidation of the two actions, the Court hereby **GRANTS** the request to consolidate the two matters. The Court **DENIES** as moot the motion to be appointed as lead plaintiff and for approval of lead plaintiff's selection of lead counsel. These requests will be addressed in the new consolidated action. The Clerk of Court is respectfully directed to terminate the pending gavel at ECF No. 8 and to consolidate this matter with 26-cv-01692, *Feldman v. Apollo Global Management, Inc. et al*., and to close this matter.

**SO ORDERED.**

Dated:    **August 6, 2026**
           **New York, New York**

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**